1  MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
   GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
2  ARYN PAIGE HARRIS, Deputy County Counsel (S.B. #208590)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding, East Wing, 9th Floor
   San Jose, California 95110-1770
4  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA, SANTA
   CLARA VALLEY MEDICAL CENTER,
7  SANTA CLARA COUNTY SHERIFF'S
   OFFICE, DEPUTY SHERIFFS JENSEN
8  #1765, PALINOV #1864, CLARK #1676,
   and FERNANDES #2013
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| FRANCISCO and BELLERMINDA RODRIGUEZ, Individually and as Successors in Interest of EDWIN RODRIGUEZ, Deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, SANTA CLARA VALLEY MEDICAL CENTER, SANTA CLARA COUNTY SHERIFF'S OFFICE, DEPUTY SHERIFFS JENSEN #1765, PALINOV #1864, CLARK #1676, and FERNANDES #2013, CITY OF CAMPBELL, CAMPBELL POLICE DEPARTMENT, POLICE OFFICER GARY BERG #63, and DOES 1 to 20,<br><br>    Defendants. | No. C10-00735 JW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

//

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order Selecting
ADR Process                          -1-                         C10-00735 PVT

1 | **Court Processes:**
2 | ___ Non-binding Arbitration (ADR L.R. 4)
3 | ___ Early Neutral Evaluation (ENE) (ADR L.R. 5)
4 | _X_ Mediation (ADR L.R. 6)
5 | *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*
6 | *appreciably more likely to meet their needs than any other form of ADR, must participate in an*
7 | *ADR phone conference and may not file this form. They must instead file a Notice of Need for*
8 | *ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*
9 | **Private Process:**
10 | _X_ Private ADR *(please identify process and provider)*: Harris Weinberg
11 | The parties agree to hold the ADR session by:
12 | ___ the presumptive deadline *(The deadline is 90 days from the date of the order*
13 | *referring the case to an ADR process unless otherwise ordered.)*
14 | _X_ Other requested deadline: July 20, 2010

Dated: 5-17-10    By: _____
                      JOHN BURTON, Esq
                      Attorney for Plaintiffs

Dated: _____    Respectfully submitted,

                     MIGUEL MÁRQUEZ
                     Acting County Counsel

                     By: _____
                         ARYN PAIGE HARRIS
                         Deputy County Counsel

                     Attorneys for Defendants
                     COUNTY OF SANTA CLARA, SANTA
                     CLARA VALLEY MEDICAL CENTER,
                     SANTA CLARA COUNTY SHERIFF'S
                     OFFICE, DEPUTY SHERIFFS JENSEN
                     #1765, PALINOV #1864, CLARK #1676, and
                     FERNANDES #2013

27 | //
28 | //

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order Selecting
ADR Process                -2-                    C10-00735 PVT

PAGE 2/3 * RCVD AT 5/17/2010 12:05:20 PM [Pacific Daylight Time] * SVR:RFAXSV201/0 * DNIS:4542 * CSID:626 449 4417 * DURATION (mm-ss):00-57

| | |
|---|---|
| 1 | **Court Processes:** |
| 2 | ____Non-binding Arbitration (ADR L.R. 4) |
| 3 | ____Early Neutral Evaluation (ENE) (ADR L.R. 5) |
| 4 | ____Mediation (ADR L.R. 6) |
| 5 | *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is* |
| 6 | *appreciably more likely to meet their needs than any other form of ADR, must participate in an* |
| 7 | *ADR phone conference and may not file this form. They must instead file a Notice of Need for* |
| 8 | *ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)* |
| 9 | **Private Process:** |
| 10 | _X_ Private ADR *(please identify process and provider)*: Harris Weinberg |
| 11 | The parties agree to hold the ADR session by: |
| 12 | ____the presumptive deadline *(The deadline is 90 days from the date of the order* |
| 13 | *referring the case to an ADR process unless otherwise ordered.)* |
| 14 | _X_ Other requested deadline: July 20, 2010 |

Dated: _____     By: _____
                                JOHN BURTON, Esq.

                                Attorney for Plaintiffs

Dated: May 18, 2010          Respectfully submitted,

                             MIGUEL MÁRQUEZ
                             Acting County Counsel

                        By:  _____/S/_____
                             ARYN PAIGE HARRIS
                             Deputy County Counsel

                             Attorneys for Defendants
                             COUNTY OF SANTA CLARA, SANTA
                             CLARA VALLEY MEDICAL CENTER,
                             SANTA CLARA COUNTY SHERIFF'S
                             OFFICE, DEPUTY SHERIFFS JENSEN
                             #1765, PALINOV #1864, CLARK #1676, and
                             FERNANDES #2013

27  //
28  //

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order Selecting
ADR Process                            -2-                        C10-00735 PVT

| | |
|---|---|
| Dated: May 17, 2010 | **MANNING & MARDER**<br>**KASS, ELLROD, RAMIREZ** LLP |
| | By: /s/ Eugene P. Ramirez<br>Eugene Ramirez, Esq. |
| | Attorney for Defendants<br>CITY OF CAMPBELL, CAMPBELL POLICE DEPARTMENT, and POLICE OFFICER GARY BERG #63 |

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

____ Non-binding Arbitration (ADR L.R. 4)

____ Early Neutral Evaluation (ENE) (ADR L.R. 5)

____ Mediation (ADR L.R. 6)

_X_ Private ADR

Deadline for ADR session:

____ 90 days from the date of this order.

_X_ Other: July 20, 2010

**IT IS SO ORDERED.**

Dated: May 24, 2010

/s/ James Ware
U.S. District Court Judge

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

275569.wpd

Stipulation and [Proposed] Order Selecting
ADR Process                              -3-                              C10-00735 PVT