John Burton, State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
65 North Raymond Avenue, Suite 300
Pasadena, California  91103

Telephone:    (626) 449-8300
Facsimile:     (626) 449-4417
E-Mail:        jb@JohnBurtonLaw.com

Attorneys for Plaintiffs Francisco and Bellerminda Rodriguez, Individually and as Successors in Interest of Edwin Rodriguez, Deceased

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO and BELLERMINDA RODRIGUEZ, Individually and as Successors in Interest of EDWIN RODRIGUEZ, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, SANTA CLARA VALLEY MEDICAL CENTER, SANTA CLARA COUNTY SHERIFF'S OFFICE, DEPUTY SHERIFFS JENSEN #1756, PALINOV #1864, CLARK #1676, and FERNANDES #2013, CITY OF CAMPBELL, CAMPBELL POLICE DEPARTMENT, POLICE OFFICER GARY BERG #63, and DOES 1 to 20,<br><br>Defendants. | Case No. C 10-735 JW<br><br>STIPULATION RE SERVICE, TIME FOR RESPONSIVE PLEADINGS AND MEDIATION; ORDER |

TO THE HONORABLE COURT:

Counsel for all parties have been in contact with one another since the filing of the case and have informally exchanged information.  All parties have either been served or have agreed to waive service.

1  The parties have decided that an early mediation is appropriate in this case. A mediation has been set for July 19, 2010 with Harris Weinberg, Esq., in San Francisco. The parties have filed a stipulation to private ADR, with a proposed completion date of July 20, 2010. The Court has entered an order thereon, and set a case management conference on September 13, 2010, at 10:00 a.m.

Given the foregoing circumstances, the parties stipulate and agree, should the Court deem it appropriate and convenient, that each defendant shall be deemed to have been served or to have waived service. If the case resolves at the mediation, the parties shall promptly notify the Court and request the setting of an appropriate date for completion of the settlement and dismissal of the action. If the case does not resolve, each defendant shall have until August 13, 2010 to file a response to the complaint.

Dated: June 23, 2010

THE LAW OFFICES OF JOHN BURTON

By: _____/S/_____
　　　John Burton
　　Attorneys for Plaintiffs

MIGUEL MÁRQUEZ
Acting County Counsel

By: _____/S/_____
Aryn Paige Harris, Deputy County Counsel
Attorneys for Defendants County of Santa Clara, Santa Clara Valley Medical Center, Santa Clara County Sheriff's Office, Deputy Sheriffs Jensen #1765, Palinov #1864, Clark #1676, and Fernandes #2013

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: _____/S/_____
　　Eugene P. Ramirez
Attorney for Defendants City of Campbell, Campbell Police Department, and Police Officer Gary Berg #63

ORDER

IT IS SO ORDERED.

Dated: __June 29, 2010_____

_/s/ James Ware_____
United States District Judge

Rodriguez v. County of Santa Clara – Case No. C 10-735 JW
STIPULATION RE SERVICE, TIME FOR RESPONSIVE PLEADINGS AND MEDIATION