Eugene P. Ramirez, Esq., SBN 134865
L. Trevor Grimm, Esq., SBN 186801
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Email: epr@manningllp.com; ltg@manningllp.com

Attorneys for Defendants
CITY OF CAMPBELL, CAMPBELL POLICE DEPARTMENT and POLICE OFFICER GARY BERG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO and BELLERMINDA RODRIGUEZ, Individually and as Successors in Interest of EDWIN RODRIGUEZ, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, SANTA CLARA VALLEY MEDICAL CENTER, SANTA CLARA COUNTY SHERIFF'S OFFICE, DEPUTY SHERIFFS JENSEN #1756, PALINOV #1864, CLARK #1676, and FERNANDES #2013, CITY OF CAMPBELL, CAMPBELL POLICE DEPARTMENT, POLICE OFFICER GARY BERG #63, and DOES 1 to 20,<br><br>Defendants. | Case No.: 5:10-CV-00735-LHK<br><br>[~~PROPOSED~~] ORDER DISMISSING WITH PREJUDICE DEFENDANT GARY BERG |

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that this matter be dismissed with prejudice, pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii), as to Defendant Gary Berg only.

Dated: June 3, 2011

*Lucy H. Koh*
Lucy H. Koh
United States District Judge