1  Eugene P. Ramirez, Esq., SBN 134865
   L. Trevor Grimm, Esq., SBN 186801
2  MANNING & KASS
   ELLROD, RAMIREZ, TRESTER LLP
3  15th Floor at 801 Tower
   801 South Figueroa Street
4  Los Angeles, CA 90017
   Telephone: (213) 624-6900
5  Email: epr@manningllp.com; ltg@manningllp.com

6  Attorneys for Defendants
   CITY OF CAMPBELL, CAMPBELL POLICE
7  DEPARTMENT and POLICE OFFICER GARY
   BERG

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 FRANCISCO and BELLERMINDA            ) Case No.: 5:10-CV-00735-LHK
   RODRIGUEZ, Individually and as       )
12 Successors in Interest of EDWIN      )
   RODRIGUEZ, Deceased,                 ) [~~PROPOSED~~] ORDER
13                                      ) DISMISSING WITH
                    Plaintiffs,         ) PREJUDICE DEFENDANTS
14                                      ) CITY OF CAMPBELL AND
   vs.                                  ) CAMPBELL POLICE
15                                      ) DEPARTMENT
   COUNTY OF SANTA CLARA, SANTA         )
16 CLARA VALLEY MEDICAL CENTER,         )
   SANTA CLARA COUNTY SHERIFF'S         )
17 OFFICE, DEPUTY SHERIFFS JENSEN       )
   #1756, PALINOV #1864, CLARK #1676,   )
18 and FERNANDES #2013, CITY OF         )
   CAMPBELL, CAMPBELL POLICE            )
19 DEPARTMENT, POLICE OFFICER GARY      )
   BERG #63, and DOES 1 to 20,          )
20                                      )
                    Defendants.         )
21 _____ )

22                    [~~PROPOSED~~] ORDER

23     IT IS HEREBY ORDERED that this matter be dismissed with prejudice, pursuant

24 to Fed. R.Civ. P. 41(a)(1)(A)(ii), as to Defendants City of Campbell and Campbell

25 Police Department only.

26
                                                  *Lucy H. Koh*
27 Dated: June 23, 2011    _____
                                          Lucy H. Koh
28                                  United States District Judge