MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, DEPUTY SHERIFFS JAMES JENSEN, SERGEY PALANOV, MATTHEW CLARK, STEVEN FERNANDES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO and BELLERMINDA RODRIGUEZ, Individually and as Successors in Interest of EDWIN RODRIGUEZ, Deceased,<br><br>  Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>  Defendants. | No. C10-00735 LHK<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |

IT IS HEREBY ORDERED that this case be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as to all the remaining defendants; County of Santa Clara, Santa Clara County Sheriff's Department, Santa Clara Valley Medical Center, Deputies James Jensen, Sergey Palanov, Matthew Clark and Steven Fernandes.

IT IS SO ORDERED.

Dated: July 19, 2011

_____
HONORABLE LUCY H. KOH
United States District Judge

[Proposed] Order Dismissing Action With Prejudice                                                           C10-00735 LHK

1